ACCEPTED
03-11-00420-CV
4469436
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/12/2015 10:00:56 AM
JEFFREY D. KYLE
CLERK

# GOSSETT, HARRISON, MILLICAN & STIPANOVIC

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
P.O. DRAWER 911
SAN ANGELO, TEXAS  76902-0911

TELEPHONE (325) 653-3291
FAX (325) 655-6838

GREG GOSSETT*
GEORGE W. HARRISON**
PAUL H. MILLICAN***
PAUL D. STIPANOVIC
WESLEY M. GIESECKE
JEFF CHANDLER
KEN GREER, JR. (of counsel)****

*BOARD CERTIFIED - COMMERCIAL REAL ESTATE LAW
**BOARD CERTIFIED - RESIDENTIAL AND FARM AND RANCH
    REAL ESTATE LAW
***BOARD CERTIFIED - TAX LAW AND ESTATE PLANNING
    AND PROBATE LAW
****BOARD CERTIFIED – COMMERCIAL AND RESIDENTIAL
    REAL ESTATE LAW, FARM & RANCH REAL
    REAL ESTATE LAW, AND OIL, GAS & MINERAL LAW

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/12/2015 10:00:56 AM
JEFFREY D. KYLE
Clerk

BOARD CERTIFICATION IS
BY THE TEXAS BOARD OF
LEGAL SPECIALIZATION

March 9, 2015

Liz Talerico, Deputy Clerk
Court of Appeals
P.O. Box 12547
Austin, TX  78711-2547

RE:    Court of Appeals Number:    03-11-00420-CV
          Trial Court Case Number:    B-09-0977-C

        David Penny
        v.
        El Patio, LLC dba El Patio Motel

Dear Ms. Talerico:

I am in receipt of your letter dated February 27, 2015 advising of the setting of the above case for April 9, 2015 at 8:30 a.m. in San Angelo, Texas.  Please be advised that I intend to argue this case before the Court.  I have received a telephone call from Mr. Stephen H. Nickey, attorney for Appellee, who was not certain as to the effect of your statement that argument would be limited to 20 minutes for Appellant and for Appellee.  I assume both Appellant and Appellee would each have 20 minutes, but Mr. Nickey would appreciate a confirmation of that.

With warmest regards, I remain

Very truly yours,

**GOSSETT, HARRISON,
MILLICAN & STIPANOVIC, P.C.**

**/s/ Greg Gossett /s/**

Greg Gossett

GG/nc

F:\Greg\CLIENTS\Blue Castle\Appeal\deputy clerk let re setting.doc

xc:      Mr. Stephen H. Nickey
          Attorney at Law
          1201 North Mesa St., Suite B
          El Paso, TX  79902-4000